

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Robert Troy McClure, Appellant

No. 06-12-00075-CV      v.

State of Texas, et al, Appellees

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 12C0711-102). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion..

We further order that the appellees pay all costs of this appeal.

RENDERED DECEMBER 20, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk